

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00647-CR

Edward **HERNANDEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10559
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

SIGNED October 1, 2014.

_____
Karen Angelini, Justice